JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

KARISSA NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: Karissa.Neff@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eliseo Gonzalez Vela, Flor Lilian Rodriguez Murillo,, and Stefania Ramos Rodriguez,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Ted H. Kim, Associate Director Refugee, Asylum and International Operations Directorate, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; Ur Mendoza Jaddou, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successors and assigns; and Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns,<br><br>　　　　Defendants. | Case No. 2:24-cv-01439-RFB-MDC<br><br>**Stipulation and Order to Dismiss Without Prejudice** |

///

///

///

///

///

///

///

Plaintiffs and Defendants, through their undersigned counsel, stipulate that this action may be dismissed without prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 24th day of September 2024.

| | |
|---|---|
| QUIROGA LAW OFFICE, PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Maria E. Quiroga*<br>MARIA E. QUIROGA<br>*Attorney for Plaintiffs* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>*Assistant United States Attorney* |

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 25 day of September.

2